**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.        1:21-CV-00208-KMT

CY CUSHENBERRY,
Plaintiff,

v.

CITY OF MANITOU SPRINGS, a
Colorado municipal corporation,
Defendant.

## STIPULATED MOTION TO DISMISS

Plaintiff and the City of Manitou Springs, by and through their respective counsel, and pursuant to Fed. R. Civ. Pro. 41(a)(1) hereby stipulate and agree that the litigation in this case involves a bona fide dispute between the parties, that Plaintiff is the sole complaining party and not aware of other similarly situated employees, and that the dismissal of this case is fair and equitable to all parties concerned. The parties state that no Answer or Motion for Summary Judgment has been filed and that this Stipulated Motion is being signed and filed by all counsel who have appeared.

Thus, the claims against any parties in this case should be dismissed, with prejudice, each side to be responsible for her or its respective attorney's fees and costs. An order confirming dismissal, with prejudice, is being submitted contemporaneously herewith.

- 2 -

Respectfully submitted this 22nd day of February, 2021.

| | |
|---|---|
| *s/David H. Miller* | *s/Marni Nathan Kloster* |
| David H. Miller | Marni Nathan Kloster |
| 1600 Ogden Street | Nicholas C. Poppe |
| Denver, Colorado 80218 | NATHAN DUMM & MAYER P.C. |
| Telephone: 303.839.1650 | 7900 E. Union Avenue, Suite 600 |
| *Counsel for the Plaintiff* | Denver, CO 80237-2776 |
| | Phone Number: (303) 691-3737 |
| | Fax: (303) 757-5106 |
| | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of February, 2021, I electronically filed the foregoing **STIPULATED MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses:

Marni Nathan Kloster
Ashley Hernandez-Schlagel
Attorney for Defendants
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Phone Number: (303) 691-3737
Facsimile: (303) 757-5106
 MNathan@ndm-law.com
ASchlagel@ndm-law.com

*s/David H. Miller*
David H. Miller